## JAMES BULMER, JR. VS. WILLIAM JENKINS, Sheriff, &c.

This court will not entertain a motion *to increase the penalty of a replevin bond;* it is a matter of discretion with the officer under the statute.

· *Motion by Defendant to require the Plaintiff to increase the penalty of a replevin bond, &c.*—Abraham Dyson and Charles Williams recovered a judgment against James Bulmer and John K. Bulmer, for $234 89, upon which an execution was issued and levied upon property by Jenkins, sheriff of Kings, which was claimed by the Plaintiff, by virtue of an assignment from the Bulmers (the Defendants in the judgment,) previous to the issuing of the execution.

The Plaintiff brought an action of replevin against the sheriff, and the property was appraised for the Plaintiff before the coroner at $185 and a bond given in the penalty of $370. The property was delivered to the sheriff. The Defendant alleged that the property was appraised at much less than its actual value, and produced the affidavits of several persons who were acquainted with it, who stated that it was worth $400. Defendant also alleged that the appraisal was made, and bond given in bad faith, for the purpose of releasing the property from the levy without giving adequate security for its return in case the Defendant succeeded in the suit.

N. F. GRAVES, *Defts Counsel.*   D. W. CLARKE, *Defts Atty.*
A. FONDA, *Plffs Counsel.*   JOHNSON & FONDA, *Plffs Attys.*

JEWETT, Justice.—Denied the motion with costs on the ground that it was not a proper case for a motion to this court; it was a matter of discretion with the officer under the statute.